## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**OSCAR H. HICKS, JR.,**
**HUBERT H. RABORN,**
**RICHMOND H. DUNBAR,**
**ROY L. KIMMONS,**                                                                            **PLAINTIFFS**
**BILLY F. LIVINGSTON, and**
**THOMAS H. JOHNSON**

**v.**                                            **Case No. 5:12-cv-95-KGB**

**UNION PACIFIC RAILROAD COMPANY**                                    **DEFENDANTS**

## ORDER

The Joint Motion for a Stay and Continuance of Pending Deadlines is GRANTED (Dkt. No. 20). This matter is stayed. All deadlines set forth in the Court's March 28, 2013, Order (Dkt. No. 19), all deadlines set forth in the Final Scheduling Order (Dkt. No. 16), and the trial date set forth in the Final Scheduling Order are continued.

The parties are directed to file a joint status report no later than 60 days from the date of this Order.

IT IS SO ORDERED this 15th day of April, 2013.

_____
Kristine G. Baker
United States District Judge