IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

OSCAR H. HICKS, JR.,
HUBERT H. RABORN,
RICHMOND H. DUNBAR,
ROY L. KIMMONS,                                                                  PLAINTIFFS
BILLY F. LIVINGSTON, and
THOMAS H. JOHNSON

v.                          Case No. 5:12-cv-00095-KGB

UNION PACIFIC RAILROAD COMPANY                                          DEFENDANTS

## ORDER OF DISMISSAL

Before the Court are two stipulations of dismissal. First, plaintiffs Billy F. Livingston and Thomas H. Johnson, together with defendant Union Pacific Railroad Company ("Union Pacific"), have filed a joint stipulation of dismissal without prejudice (Dkt. No. 24). Accordingly, all claims of Mr. Livingston and Mr. Johnson are hereby dismissed without prejudice. Each party shall bear its own costs.

Second, plaintiffs Oscar H. Hicks, Jr., Hubert H. Raborn, Richmond H. Dunbar, and Roy L. Kimmons, together with defendant Union Pacific, have filed a joint stipulation of dismissal with prejudice (Dkt. No. 25). Accordingly, all claims of Mr. Hicks, Mr. Raborn, Mr. Dunbar, and Mr. Kimmons are hereby dismissed with prejudice. Each party shall bear its own costs.

The Clerk of Court is directed to close this case.

SO ORDERED this the 9th day of July, 2013.

_____
Kristine G. Baker
United States District Judge